UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 07-262-JBC

**PATRIOT TAX INTERNATIONAL, LLC,**                        **PLAINTIFFS,**

**V.**                      **JUDGMENT**

**RALPH DIAZ, ET AL.,**                         **DEFENDANTS.**

\* \* \* \* \* \* \* \* \* \*

The court, having granted the defendants' motion to dismiss the complaint, enters **JUDGMENT** in favor of the defendants.

There being no just cause for delay in its entry, this order is **FINAL** and **APPEALABLE.**

This matter is **STRICKEN** from the court's active docket.

Signed on  July 3, 2008

JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCY